Rafael A. Avellaneda    TDCJ#01937580    01-02-00704-CR
Garza East
4304 Hwy 202
Beeville, TX. 78102

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB 26 2015

CHRISTOPHER A. PRINE
CLERK

February 12, 2015

Clerk/1st Court Of Appeals
301 Fannin St. Rm 208
Houston TX. 77002

Dear Clerk,

   I am requesting any information available concerning my appeal.
   I was convicted for a murder charge in June, 2014.
The attorney whom represented me asked if i wanted to Appeal my case; I said yes, and signed a paper.
   ¿Is my case on Appeal and if so; who is the Attorney representing me?
   Please find enclosed stamped envelope to give me information concerning this serious matter at your earliest convenience.
   Thank you for your time and I look forward to a response

                              Respectfully,

Rafael A. Avellaneda #01937580

Garza East 4304 Hwy 202

Beeville TX. 78102

Court of Appeals Clerk

First Court of Appeals, 301 Fannin St

Houston TX. 77092

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB 26 2015

CHRISTOPHER A. PRINE
CLERK

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
17 FEB 2015 PM 3 L